Fill in this information to identify the case:

Debtor1       Bishara D. Kuttab

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : EASTERN District of Pennsylvania
(State)

Case number 21-10578-djb

## Official Form 410C13-NR

# Amended Response to Trustee's Notice of Disbursements Made

**12/25**

---

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:** U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST

**Court claim no.** (if known):

4-2

**Last 4 digits** of any number you use to identify the debtor's account: 9580

**Property address:**     112 E WALNUT PARK DR
Number          Street

PHILADELPHIA, PA 19120
City                          State          ZIP Code

| Part 2: | Arrearages |
| --- | --- |

The total amount received to cure any arrearages as of the date of this response: **$12,114.68**

*Check all that apply:*

[x] The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $_____.

☐ The amount required to cure any postpetition arrearage has been paid in full.

[x] The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: **$ 13,913.08**.

| Part 3: | Postpetition Payments |
|---|---|

*(a) Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

[x] The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: **07/01/2024**

[x] The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

      i. Date last payment was received on the mortgage: **03/12/2026**

      ii. Date next postpetition payment from the debtor is due:**07/01/2024**

      iii.    Amount of the next postpetition payment that is due: **$489.10**

      iv.    Unpaid principal balance of the loan: **$63,318.91**

      v.    Additional amounts due for any deferred or accrued interest: **$6,595.75**

      vi.    Balance of the escrow account: **($3,104.45)**

      vii.    Balance of unapplied funds or funds held in a suspense account: **$461.25**

      viii.   Total amount of fees, charges, expenses, negative escrow

amounts, or costs remaining unpaid: **$3,104.45 (Negative Escrow)**

                                       **$845.68 (PPFN Filed 1/29/2025)**

| Part 4: | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all prepetition and postpetition payments received;

☐ the application of all payments received;

☐ all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and

☐ all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder

■ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Jordan Katz
   Signature                                                          Date 6/10/2026

Print    Jordan Katz                                        Title Authorized Agent
         First Name     Middle Name     Last Name

Company    Robertson, Anschutz, Schneid, Crane & Partners, PLLC

**Identify the corporate servicer as the company if the authorized agent is a servicer**

Address    13010 Morris Road, Suite 450
           Number          Street

           Alpharetta          GA              30004
           City                State           ZIP Code

Contact    470-321-7112                             Email jkatz@raslg.com

Original Form 410C13-NR        **Amended Response to Trustee's Notice of Disbursements Made**

page 3

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June __11__, 2026*,* I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Bishara D. Kuttab
112 East Walnut Park Drive
Philadelphia, PA 19120

***And via electronic mail to:***

BRAD J. SADEK
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

Trustee
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Jessica Kerrigan

Email: jkerrigan@raslg.com

Bishara Kuttab
PAYOFF STATEMENT

SELENE FINANCE LP
P.O. Box 8619
Philadelphia, PA 19101-8619
Telephone (877) 735-3637
Fax (866) 926-5498
www.selenefinance.com

Hours of Operation (CT)
Monday – Thursday: 8 a.m. – 9 p.m.
Friday: 8 a.m. – 5 p.m.

06-04-26

TO:
    SELENE FINANCE
    1
    Bishara Kuttab
    112 E Walnut Park Dr
    Philadelphia, PA 19120

RE: Bishara Kuttab
    112 E Walnut Park Dr
    Philadelphia, PA 19120

Property Address:
    112 E Walnut Park Dr
    Philadelphia PA 19120

Loan No:      ███████████
Loan Type: CONV W/O PMI

**IMPORTANT BANRUPTCY RELATED NOTICE**

**If you have received an Order of Discharge in a Chapter 7 bankruptcy
case or this account is subject to the automatic stay in an ongoing
Chapter 7 bankruptcy case, we are not attempting to collect a debt from
you personally. If you have received an Order of Discharge in a Chapter
11, 12 or 13 bankruptcy case, this Notice is not an attempt to collect
a pre-petition debt pursuant to a completed and confirmed Plan. This
notice is sent for compliance and informational purposes only.  We are
providing this Payoff Quote in response to your request for one and any
decision you make to pursue payment on the loan is strictly voluntary.**

    ************************************************************************
    * ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE PAYOFF SHOWN BELOW *
    ************************************************************************

These figures are good through July 01, 2026 and the next payment for this
loan is July 01, 2024.


    The current total Unpaid Principal Balance is:       $         63,318.91
    Deferred Balance:                                    $               .00
    Interest Due:                                        $          6,595.75
    Escrow/Impound:                                      $          3,104.45
    Unapplied Balance:                                   $           -461.25
    Recording Fee        :                               $             15.00
    **TOTAL AMOUNT TO PAY LOAN IN FULL:**                **$         72,572.86**

To help combat wire transfer fraud, please confirm the wire

instructions with Selene prior to initiation of the wire transfer.

Funds received on or after July 01, 2026 will require an additional
$ 8.67 interest per day.

If you have an active Principal Reduction Agreement and have met the
requirements for forgiveness, the above deferred balance is not
included in the total, but it is listed to reflect the remaining
forgiveness amount.

*Pro-Rated MIP Funds are not included in the total payoff amount
when there is a positive escrow balance.  They will be deducted
from any potential escrow refund after payoff funds are applied.

## PAYMENT REMITTANCE INFORMATION
### Please reference loan number, customer name and property address

BY OVERNIGHT COURIER:              BY WIRE TRANSFER:
Selene Finance                    Bank:  Wells Fargo Bank NA
Attn: Cashier Dept                Bank ABA: ████████
3501 Olympus Blvd, Suite 500      Bank Acct: ██████████
Dallas, TX 75019                  Account Name: Selene Finance Payoff
                                                Clearing Account

Please refer to the next page for more information.

We reserve the right to correct any portion of this statement at any time. All balances are subject to change as a result of any transactions which occur prior to the application of payoff funds. Accordingly, if Selene Finance has received payment on this account within the prior thirty (30) days and applied those funds to the account for the issuance of this payoff quote, and if for any reason those funds are reversed, including but not limited to insufficient funds or a stop payment being placed on a check, this payoff quote is invalid and a new payoff quote must be obtained from Selene Finance to reflect the correct amount necessary to pay off the mortgage.

Upon receipt of payoff funds, Selene Finance will verify all amounts necessary to pay off the mortgage and contact the issuer of the funds in the event of any discrepancies. In the event that the payoff funds receive are less than the total amount to satisfy the loan, and there are available funds in the escrow account sufficient to satisfy the payoff, Selene Finance reserves the right to use such funds to pay off the balance of the loan.  If the payoff funds received are less than the total amount required to satisfy the loan and there are not sufficient funds in the escrow account, Selene Finance will return the funds and interest will continue to accrue interest on the loan.

If the account is past due, collection expenses and legal fees may be accruing. If this is an Adjustable Rate Note, the per diem may change prior to payoff.

If the mortgage payments are automatically drafted (ACH) from your checking or savings account, a written cancellation notice must be received at least thirty (30) business days prior to the next monthly mortgage payment date. You may fax your cancellation notice to (866) 926-5496.

Upon receipt of the entire payoff amount, Selene Finance will execute a release and discharge of the Mortgage/Deed of Trust and, if necessary, will file a withdrawal in connection with any legal action taken in attempt to collect this obligation.

The current escrow balance is.00.
Property taxes or insurance may be paid after this quote is issued. If such disbursement(s) creates an escrow advance or changes the total payoff amount, they must be paid prior to the application of payoff funds. Upon request, a new payoff quote will be issued.
If there is an escrow account for the payment of taxes and/or insurance, after the loan is paid in full, the customer will be responsible for contacting their insurance agent and/or taxing authority to make appropriate arrangements for the payment of these items, if applicable.

**BEWARE OF SCAMS:**
Selene will never instruct you to send any funds to a different wiring destination other than via the wire transfer instructions listed here. In the event you receive any instruction or notification from someone representing themselves as Selene or acting on our behalf, do not conduct the wire transfer until you contact us directly to verify the wire instructions. To contact us, please call Customer Service. If the payoff quote is set to expire and you have not confirmed with us regarding a change in wiring instructions, please send us your payment by overnight courier, per the above instructions, rather than through a wire transfer.

If you have any questions, please contact our Customer Service
Dept. at (877) 735-3637.

If your mailing address has changed, please complete this form and
return it with the payoff funds.

Name:_____
        First              Last

Loan No: ████████

New Mailing Address:_____
                          Street Address      City      State    Zip

New Phone Numbers –Home:_____

                  –Business:_____


**IMPORTANT NOTICES:**

Selene Finance LP is required by law to advise you that it is a debt
collector. However, if you are currently in a bankruptcy proceeding or
have previously obtained an Order of Discharge in a Chapter 7 bankruptcy
case, this communication is for compliance and/or informational purposes
only and is not an attempt to collect the debt against you personally.
Instead, it is a notice of possible enforcement of the lien against the
collateral property, which has not been discharged in your bankruptcy.

**For Servicemembers and their Dependents**: The Federal Servicemembers
Civil Relief Act and certain state laws provide important protections
for you, including, under most circumstances, a prohibition on
foreclosure during and twelve months after the servicemember's active
duty service.  Selene will not foreclose on the property of a
servicemember or his or her dependent during that time, except
pursuant to a court order.  You also may be entitled to other
protections under these laws, including interest rate and fee relief.
Please contact us to learn more about your rights.
"Military OneSource" is the U. S. Department of Defense's information
resource. If you are listed as entitled to legal protections under the
SCRA (see above), please go to www.militaryonesource.mil/legal or call
(800) 342-9647 (toll free from the United States) to find out more
information. Dialing instructions for areas outside the United States
are provided on the website.

## PAYMENT HISTORY

| | PAYMENT HISTORY PER MSP | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LOAN NUMBER | | POST-PETITION | | | | | | |
| | FILING DATE | | PAYMENT CHANGES | | | | | | |
| | PAYMENTS IN POC | EFFECTIVE | 4/1/2021 | 8/1/2023 | 12/1/2024 | 10/1/2025 | | | |
| | FIRST POST-PETITION DUE DATE | AMOUNT | $ 392.69 | $ 489.10 | $ 649.22 | $604.07 | | | |

| DATE | PRE-PETITION FUNDS (INCOMING FUNDS) | POST-PETITION FUNDS (INCOMING FUNDS) | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | MANUAL POST PYMT | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCES | | | | $ - | $ - | $ - | | |
| 9/23/2021 | | $ 2,356.14 | $392.69 | $ - | $ 1,963.45 | $ 1,963.45 | 4/1/2021 | |
| 10/25/2021 | | | $392.69 | $ - | $ (392.69) | $ 1,570.76 | 5/1/2021 | |
| 10/25/2021 | | | $392.69 | $ - | $ (392.69) | $ 1,178.07 | 6/1/2021 | |
| 10/25/2021 | | | $392.69 | $ - | $ (392.69) | $ 785.38 | 7/1/2021 | |
| 10/25/2021 | | | $392.69 | $ - | $ (392.69) | $ 392.69 | 8/1/2021 | |
| 10/25/2021 | | | $392.69 | $ - | $ (392.69) | $ (0.00) | 9/1/2021 | |
| 10/25/2021 | | | | $ - | $ - | $ (0.00) | | |
| 1/20/2022 | $ 86.08 | | | $ - | $ - | $ (0.00) | | AO payment skipped form 10/1/2021 to 4/1/2022 |
| 2/14/2022 | $ 86.09 | | | $ - | $ - | $ (0.00) | | |
| 3/14/2022 | $ 535.85 | | | $ - | $ - | $ (0.00) | | |
| 4/28/2022 | $ 86.08 | | | $ - | $ - | $ (0.00) | | |
| 5/31/2022 | | $ 392.69 | $392.69 | $ - | $ - | $ (0.00) | 5/1/2022 | |
| 6/2/2022 | | | | $ - | $ - | $ (0.00) | | |
| 8/1/2022 | | $ 392.69 | $392.69 | $ - | $ - | $ (0.00) | 6/1/2022 | |
| 8/2/2022 | | | | $ - | $ - | $ (0.00) | | |
| 8/17/2022 | | | | $ - | $ - | $ (0.00) | | |
| 8/23/2022 | $ 782.78 | | | $ - | $ - | $ (0.00) | | |
| 8/31/2022 | | $ 392.69 | $392.69 | $ - | $ - | $ (0.00) | 7/1/2022 | |
| 9/1/2022 | | | | $ - | $ - | $ (0.00) | | |
| 9/2/2022 | | | | $ - | $ - | $ (0.00) | | |
| 9/2/2022 | | | | $ - | $ - | $ (0.00) | | |
| 9/19/2022 | $ 184.13 | | | $ - | $ - | $ (0.00) | | |
| 10/4/2022 | | $ 392.69 | $392.69 | $ - | $ - | $ (0.00) | 8/1/2022 | |
| 10/6/2022 | | | | $ - | $ - | $ (0.00) | | |
| 10/27/2022 | $ 276.31 | | | $ - | $ - | $ (0.00) | | |
| 11/4/2022 | | $ 392.69 | $392.69 | $ - | $ - | $ (0.00) | 9/1/2022 | |
| 11/7/2022 | | | | $ - | $ - | $ (0.00) | | |
| 11/21/2022 | $ 427.92 | | | $ - | $ - | $ (0.00) | | |
| 11/22/2022 | | | | $ - | $ - | $ (0.00) | | |
| 12/21/2022 | $ 244.52 | | | $ - | $ - | $ (0.00) | | |
| 12/28/2022 | | | | $ - | $ - | $ (0.00) | | |
| 12/30/2022 | | $ 1,228.07 | $392.69 | $ - | $ 835.38 | $ 835.38 | 10/1/2022 | |
| 12/30/2022 | | | $392.69 | $ - | $ (392.69) | $ 442.69 | 11/1/2022 | |
| 12/30/2022 | | | $392.69 | $ - | $ (392.69) | $ 50.00 | 12/1/2022 | |
| 12/30/2022 | | | | $ - | $ - | $ 50.00 | | |
| 1/5/2023 | | | | $ - | $ - | $ 50.00 | | |
| 1/20/2023 | $ 244.52 | | | $ - | $ - | $ 50.00 | | |
| 2/17/2023 | $ 244.52 | | | $ - | $ - | $ 50.00 | | |
| 3/2/2023 | | $ 392.69 | $392.69 | $ - | $ - | $ 50.00 | 1/1/2023 | |
| 3/3/2023 | | | | $ - | $ - | $ 50.00 | | |
| 3/20/2023 | $ 244.53 | | | $ - | $ - | $ 50.00 | | |
| 3/31/2023 | | $ 420.00 | $392.69 | $ - | $ 27.31 | $ 77.31 | 2/1/2023 | |
| 4/3/2023 | | | | $ - | $ - | $ 77.31 | | |
| 4/21/2023 | $ 305.65 | | | $ - | $ - | $ 77.31 | | |
| 4/24/2023 | | | | $ - | $ - | $ 77.31 | | |
| 4/24/2023 | | | | $ - | $ - | $ 77.31 | | |
| 4/28/2023 | | $ 392.69 | $392.69 | $ - | $ - | $ 77.31 | 3/1/2023 | |
| 5/1/2023 | | | | $ - | $ - | $ 77.31 | | |
| 5/15/2023 | $ 183.39 | | | $ - | $ - | $ 77.31 | | |
| 5/22/2023 | | $ 808.07 | $392.69 | $ - | $ 415.38 | $ 492.69 | 4/1/2023 | |
| 5/22/2023 | | | $392.69 | $ - | $ (392.69) | $ 100.00 | 5/1/2023 | |
| 5/24/2023 | | | | $ - | $ - | $ 100.00 | | |
| 5/24/2023 | | | | $ - | $ - | $ 100.00 | | |
| 5/24/2023 | | | | $ - | $ - | $ 100.00 | | |
| 5/25/2023 | | | | $ - | $ - | $ 100.00 | | |
| 6/20/2023 | $ 366.79 | | | $ - | $ - | $ 100.00 | | |
| 6/21/2023 | | | | $ - | $ - | $ 100.00 | | |
| 7/24/2023 | $ 244.52 | | | $ - | $ - | $ 100.00 | | |
| 7/25/2023 | | $ 1,324.48 | $392.69 | $ - | $ 931.79 | $ 1,031.79 | 6/1/2023 | |
| 7/25/2023 | | | $392.69 | $ - | $ (392.69) | $ 639.10 | 7/1/2023 | |
| 8/22/2023 | | | $489.10 | $ - | $ (489.10) | $ 150.00 | 8/1/2023 | |
| 8/22/2023 | $ 201.73 | | | $ - | $ - | $ 150.00 | | |
| 8/23/2023 | | | | $ - | $ - | $ 150.00 | | |
| 8/23/2023 | | | | $ - | $ - | $ 150.00 | | |
| 9/27/2023 | $ 336.22 | | | $ - | $ - | $ 150.00 | | |
| 9/28/2023 | | | | $ - | $ - | $ 150.00 | | |
| 9/28/2023 | | | | $ - | $ - | $ 150.00 | | |

| Date | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 9/28/2023 | | | | $ - | $ - | $ 150.00 | | |
| 10/20/2023 | $ 200.27 | | | $ - | $ - | $ 150.00 | | |
| 11/21/2023 | $ 263.12 | | | $ - | $ - | $ 150.00 | | |
| 11/22/2023 | | | | $ - | $ - | $ 150.00 | | |
| 12/4/2023 | | $ 1,517.30 | $489.10 | $ - | $ 1,028.20 | $ 1,178.20 | 9/1/2023 | |
| 12/5/2023 | | | $489.10 | $ - | $ (489.10) | $ 689.10 | 10/1/2023 | |
| 12/5/2023 | | | $489.10 | $ - | $ (489.10) | $ 200.00 | 11/1/2023 | |
| 12/5/2023 | | | | $ - | $ - | $ 200.00 | | |
| 12/5/2023 | | | | $ - | $ - | $ 200.00 | | |
| 12/28/2023 | $ 185.39 | | | $ - | $ - | $ 200.00 | | |
| 1/23/2024 | $ 263.13 | | | $ - | $ - | $ 200.00 | | |
| 1/24/2024 | | | | $ - | $ - | $ 200.00 | | |
| 1/24/2024 | | | | $ - | $ - | $ 200.00 | | |
| 2/15/2024 | | $ 1,028.20 | $489.10 | $ - | $ 539.10 | $ 739.10 | 12/1/2023 | |
| 2/20/2024 | | | $489.10 | $ - | $ (489.10) | $ 250.00 | 1/1/2024 | |
| 2/20/2024 | | | | $ - | $ - | $ 250.00 | | |
| 2/20/2024 | | | | $ - | $ - | $ 250.00 | | |
| 2/23/2024 | $ 263.13 | | | $ - | $ - | $ 250.00 | | |
| 3/18/2024 | $ 263.13 | | | $ - | $ - | $ 250.00 | | |
| 3/19/2024 | | | | $ - | $ - | $ 250.00 | | |
| 4/23/2024 | $ 197.35 | | | $ - | $ - | $ 250.00 | | |
| 4/30/2024 | | $ 1,517.30 | $489.10 | $ - | $ 1,028.20 | $ 1,278.20 | 2/1/2024 | |
| 5/7/2024 | $ 131.56 | | $489.10 | $ - | $ (489.10) | $ 789.10 | 3/1/2024 | |
| 6/20/2024 | | | $489.10 | $ - | $ (489.10) | $ 300.00 | 4/1/2024 | |
| 6/20/2024 | | | | $ - | $ - | $ 300.00 | | |
| 6/20/2024 | | | | $ - | $ - | $ 300.00 | | |
| 6/20/2024 | | | | $ - | $ - | $ 300.00 | | |
| 6/20/2024 | | | | $ - | $ - | $ 300.00 | | |
| 6/29/2024 | $ 197.35 | | | $ - | $ - | $ 300.00 | | |
| 7/1/2024 | | | | $ - | $ - | $ 300.00 | | |
| 8/22/2024 | $ 131.56 | | | $ - | $ - | $ 300.00 | | |
| 8/28/2024 | | | | $ - | $ - | $ 300.00 | | |
| 10/4/2024 | | | | $ - | $ - | $ 300.00 | | |
| 10/29/2024 | $ 27.17 | | | $ - | $ - | $ 300.00 | | |
| 11/6/2024 | | | | $ - | $ - | $ 300.00 | | |
| 11/7/2024 | | | | $ - | $ - | $ 300.00 | | |
| 11/21/2024 | $ 68.90 | | | $ - | $ - | $ 300.00 | | |
| 11/22/2024 | | | | $ - | $ - | $ 300.00 | | |
| 12/4/2024 | | | | $ - | $ - | $ 300.00 | | |
| 1/6/2025 | | | | $ - | $ - | $ 300.00 | | |
| 2/5/2025 | | | | $ - | $ - | $ 300.00 | | |
| 3/5/2025 | | | | $ - | $ - | $ 300.00 | | |
| 3/20/2025 | $ 626.58 | | | $ - | $ - | $ 300.00 | | |
| 3/21/2025 | | | | $ - | $ - | $ 300.00 | | |
| 4/4/2025 | | | | $ - | $ - | $ 300.00 | | |
| 4/24/2025 | $ 375.82 | | | $ - | $ - | $ 300.00 | | |
| 4/25/2025 | | | | $ - | $ - | $ 300.00 | | |
| 5/6/2025 | | | | $ - | $ - | $ 300.00 | | |
| 5/29/2025 | $ 275.60 | | | $ - | $ - | $ 300.00 | | |
| 5/30/2025 | | | | $ - | $ - | $ 300.00 | | |
| 6/11/2025 | | | | $ - | $ - | $ 300.00 | | |
| 6/24/2025 | $ 275.60 | | | $ - | $ - | $ 300.00 | | |
| 6/25/2025 | | | | $ - | $ - | $ 300.00 | | |
| 7/7/2025 | | | | $ - | $ - | $ 300.00 | | |
| 7/11/2025 | | $ 489.10 | $489.10 | $ - | $ - | $ 300.00 | 5/1/2024 | |
| 8/6/2025 | | | | $ - | $ - | $ 300.00 | | |
| 8/12/2025 | | $ 489.10 | $489.10 | $ - | $ - | $ 300.00 | 6/1/2024 | |
| 9/4/2025 | | | | $ - | $ - | $ 300.00 | | |
| 9/4/2025 | $ 275.60 | | | $ - | $ - | $ 300.00 | | |
| 9/4/2025 | $ 344.51 | | | $ - | $ - | $ 300.00 | | |
| 9/5/2025 | | | | $ - | $ - | $ 300.00 | | next due date 7/1/2024 |
| 9/30/2025 | $ 275.60 | | | $ - | $ - | $ 300.00 | | |
| 10/1/2025 | | | | $ - | $ - | $ 300.00 | | |
| 10/6/2025 | | | | $ - | $ - | $ 300.00 | | |
| 10/28/2025 | $ 137.80 | | | $ - | $ - | $ 300.00 | | |
| 10/29/2025 | | | | $ - | $ - | $ 300.00 | | |
| 11/5/2025 | | | | $ - | $ - | $ 300.00 | | |
| 12/4/2025 | | | | $ - | $ - | $ 300.00 | | |
| 12/23/2025 | $ 314.56 | | | $ - | $ - | $ 300.00 | | |
| 12/31/2025 | | | | $ - | $ - | $ 300.00 | | |
| 1/6/2026 | | | | $ - | $ - | $ 300.00 | | |
| 1/22/2026 | $ 419.41 | | | $ - | $ - | $ 300.00 | | |
| 2/2/2026 | | | | $ - | $ - | $ 300.00 | | |
| 2/4/2026 | | | | $ - | $ - | $ 300.00 | | |
| 3/12/2026 | | $ 161.25 | | $ - | $ 161.25 | $ 461.25 | | |
| 3/25/2026 | $ 524.26 | | | $ - | $ - | $ 461.25 | | |
| 3/27/2026 | | | | $ - | $ - | $ 461.25 | | |
| 4/7/2026 | | | | $ - | $ - | $ 461.25 | | |
| 4/23/2026 | $ 576.24 | | | $ - | $ - | $ 461.25 | | |
| 4/24/2026 | | | | $ - | $ - | $ 461.25 | | |